UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

Civil Action No. 08-2924

In Regard to the Matter of:

Bayside State Prison

Litigation

JASON PHILLIPS,

-vs-

WILLIAM H. FAUVER, et al,

Defendants.

\*      \*      \*      \*

MONDAY JUNE 16, 2008

\*      \*      \*      \*

BEFORE THE HONORABLE JOHN W. BISSELL, SPECIAL MASTER

MASTROIANNI & FORMAROLI, INC.

Certified Court Reporting & Videoconferencing

251 South White Horse Pike

Audubon, New Jersey 08106

856-546-1100

1

2

3

4

5                    Transcript of proceedings in the above

6    matter taken by Theresa O. Mastroianni, Certified

7    Court Reporter, license number 30X100085700, and

8    Notary Public of the State of New Jersey at the

9    United States District Court House, One Gerry Plaza,

10   Camden, New Jersey, 08102, commencing at 3:23 PM.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1

 2   A P P E A R A N C E S:

 3

 4         LOUGHRY & LINDSAY, ESQUIRES

           BY:  LAWRENCE W. LINDSAY, ESQUIRE

 5         330 MARKET STREET

           CAMDEN, NEW JERSEY 08102

 6         856-968-9201

           ATTORNEYS FOR THE PLAINTIFFS

 7

 8

           ROSELLI & GRIEGEL, PC

 9         BY:  JAMES LAZZARO, ESQUIRE

                - and -

10         BY:  KENNETH W. LOZIER, ESQUIRE

           1337 STATE HIGHWAY 33

11         HAMILTON SQUARE, NEW JERSEY  08690

           609-586-2257

12         ATTORNEYS FOR THE DEFENDANTS

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                    JUDGE BISSELL:   The Special Master

2    reopens proceedings in connection with the complaint

3    of Jason Phillips, Civil Number 08-2924.

4                    This opinion/report is being issued

5    pursuant to the directives of the Order of Reference

6    to a Special Master and the Special Master's

7    Agreement and the guiding principles of law which

8    underlie this decision to be applied to the facts

9    upon which it is based as set forth in the jury

10   instructions in the Walker and Mejias jury charges to

11   the extent applicable to the allegations of Mr.

12   Phillips' case.

13                   Jason Phillips was housed in E Unit on

14   or about July 31st, 1997 at the beginning of the

15   lockdown.  As he explored in some depth in pages 13

16   through 16 of yesterday's transcript, he had a change

17   in status pending.  In fact, proceedings were

18   scheduled for that week which would have given him a

19   change in status and appeared at least to go to the

20   farm unit.  Needless to say, that was an important

21   event for him as it was to any prisoner to be allowed

22   to go into that full minimum setting.

23                   E Unit was evacuated for inspection on

24   or about that date.  He allegedly was beaten in his

25   cell area before being taken to the gym.  I do not

1   find that that evidence is credible, at least to the

2   extent that he would testify to it.  It doesn't

3   figure, particularly in connection with a significant

4   extraction such as this and a number of prisoners

5   from this unit, some a hundred 25 of them.  Other

6   than the fact that he was pressed up against the wall

7   to control him and that that may have led to some

8   discomfort or even a scratch, I don't find any

9   actionable conduct inflicted upon him upon the

10  extraction from his cell.

11              He arrived at the gym, was seated first

12  in the back of the gym near the Rottweiler, as I

13  recall it, but without any physical incidents at that

14  time.  However, shortly thereafter he was then taken

15  to be seated in the inmate population on the floor of

16  the gym in a certain position with directions to be

17  quiet and not to move.

18              I find that on one, two and eventually

19  three occasions he raised his hand for the purpose of

20  drawing the attention of a SOG officer to indicate

21  that he had to go to the bathroom.  This represents a

22  bit of a dilemma in connection with the

23  administration of the situation involved there in the

24  gym.

25              On the one hand, it certainly is a

1    hardship for an individual prisoner to be refused

2    such an opportunity and accordingly have to urinate

3    in his clothing, a point which Mr. Phillips made

4    here.

5                    On the other hand, one can well

6    understand that having to administer and control 125

7    inmates in that setting, perhaps for several hours

8    before they can be returned to their unit, presents a

9    problem for the SOG officers.  Because all of a

10   sudden one bathroom call could become a hundred and

11   that's really not easily manageable.

12                   In any event, the SOG officers, it

13   seemed, got a bit upset with Mr. Phillips and decided

14   that they were going to discourage this type of

15   conduct, these types of inquiries.  To put it mildly,

16   they didn't want hands going up all over the gym so

17   they took him to the back of the gym and at that

18   point did, indeed, strike him in order to enforce

19   their message that bathroom breaks or individual

20   conversations or efforts here, there and everywhere

21   to gain the attention of the SOG officers were not

22   going to be tolerated.

23                   It may well have included a verbal

24   exchange of some sort between him and the officers

25   including Officer Maldonado who apparently was the

1   one most upset and most inconvenienced by Mr.

2   Phillips' conduct on the gym floor.

3            In the course of his being struck in

4   the back of the gym at that point, because he was

5   handcuffed on his knees and not in a position really

6   to resist pressures exerted against him, he was

7   indeed pushed into Mr. Maldonado, in an endeavor to

8   break his fall with his elbow, hit Maldonado in the

9   leg with his elbow generating for Mr. Maldonado an

10  opportunity of which he took full advantage to charge

11  him with assault.

12           Sergeant Frontado, frankly, I find

13  didn't really observe much of what was going on at

14  all.  Perhaps as the person in charge, he wouldn't

15  necessarily be focusing on one inmate.  But he backed

16  up Maldonado as did the other officer in question and

17  we therefore have the reports 332, 333 and 334 which

18  support a different story that I find not to be

19  credible.

20           The fact that Mr. Phillips, eligible

21  for a change of status, albeit one which would be

22  delayed as a result of his discussions with Mr.

23  Ellis, would consciously undertake disruptive

24  conduct, including intentionally throwing an elbow at

25  the chest of a corrections officer, is not credible.

1   And the corrections officers decided that here was a

2   man who wasn't one hundred fifty percent compliant

3   albeit for circumstances not really within Mr.

4   Phillips' control, he had to go to the bathroom, and

5   that this was going to lead to a disciplinary charge.

6   The charge was in the process of being drawn up, he

7   was taken to B Unit for detention at that time before

8   being brought to court line.

9            He talks of added assaults upon his

10  arrival in B Unit.  I do not find those have been

11  adequately substantiated, particularly in light of

12  the fact that I believe the evidence that he was

13  handed off to housing officers in B Unit rather than

14  escorted all the way to his cell by SOG.

15           However, when later taken to court

16  line, I certainly do find it credible that the

17  escorting officers, learning of his plea of not

18  guilty and his decision to contest the charge against

19  him coerced him into not doing so.  They were in

20  complete control and, frankly, threatened him with a

21  lot more trouble than he would want to deal with if

22  he persisted in a plea of not guilty.  Because, of

23  course, the SOGs did not want to risk a finding by

24  the hearing officer that the charges were false or

25  unsubstantiated.

1          Mr. Phillips, obviously knowing what

2    was in store for him on contesting the charge and

3    perhaps also without any true sanguine belief that he

4    could beat it, agreed to plead guilty.

5          Of course, the result of that was that

6    his opportunity for a change of status evaporated and

7    he received a considerable amount of ad-seg and loss

8    of credit time in connection with his eventual

9    release.

10         I find this conduct on behalf of the

11   SOG officers, their conduct in the gymnasium, their

12   coercive conduct on the way to taking him to court

13   line and its ultimate results constitutes the use of

14   excessive force and a violation of Mr. Phillips'

15   rights to be free from cruel and unusual punishment

16   also as fully defined in the jury instructions which

17   we've incorporated by reference.

18         I find that Mr. Phillips did not

19   sustain any serious, permanent injuries as a result

20   of these events.  His discussion and attribution of

21   the aggravation of an ankle condition I did not find

22   sufficiently substantiated by his lay testimony

23   alone.  There was, however, an additional assault not

24   of a considerable nature, which at least can be

25   considered cumulatively in this matter because upon

1    his return from court line he was assaulted and then

2    further subjected to the indignity of having orange

3    juice poured over his head and labeled OJ, as I

4    recall.

5              There was, indeed, excessive,

6    unnecessary and sadistic force imposed upon Mr.

7    Phillips under the instances which I found here

8    within the comtemplation of those legal principles.

9    However, once again, in light of the fact that the

10   physical assaults on Mr. Phillips were not prolonged

11   or repeated, while actionable for recovery of

12   compensatory damages, I do not find that they rise to

13   the level of being so egregious as to support a claim

14   for punitive damages.

15             Finally, although not every item of

16   evidence has been discussed in this opinion/report,

17   all evidence presented to the Special Master was

18   reviewed and considered.  I find, therefore, that the

19   injury inflicted upon Mr. Phillips as more

20   specifically described here was acute initially, had

21   some duration but not of a substantial permanent

22   nature and didn't result in any significant,

23   continuing pain or restriction upon his activities.

24             However, they did inflict some real

25   impact upon his custody status leading him to a

1    lengthy period of ad-seg at Northern State Prison, a

2    very different set of circumstances than those which

3    would otherwise have ensued in his conversion of

4    status to full minimum.  I think this can be taken

5    into account in connection with a measure of

6    compensatory damages.

7              Furthermore, as I've said, the

8    humiliation of the orange juice incident,

9    particularly when it's accompanied by physical

10   injuries that are more than deminimis, may also be

11   considered in the measurement of damages, in this

12   case of a more emotional variety.

13             Accordingly, I recommend in this report

14   that the district court enter an award of

15   compensatory damages in the amount of eight thousand

16   dollars in favor of Mr. Phillips.

17             Let's go off the record.

18             (Hearing concluded)

19

20

21

22

23

24

25

```
 1                    C E R T I F I C A T E

 2

 3          I, Theresa O. Mastroianni, a Notary Public and

 4    Certified Shorthand Reporter of the State of New

 5    Jersey, do hereby certify that the foregoing is a

 6    true and accurate transcript of the testimony as

 7    taken stenographically by and before me at the time,

 8    place, and on the date hereinbefore set forth.

 9          I DO FURTHER CERTIFY that I am neither a

10    relative nor employee nor attorney nor counsel of any

11    of the parties to this action, and that I am neither

12    a relative nor employee of such attorney or counsel,

13    and that I am not financially interested in the

14    action.

15

16

17

18

19          _J. O. Mastroianni_

            Theresa O. Mastroianni, C.S.R.

20          Notary Public, State of New Jersey

            My Commission Expires May 5, 2010

21          Certificate No. X10857

            Date:   June 17, 2008

22

23

24

25
```

**A**

accompanied 11:9
account 11:5
accurate 12:6
action 1:2 12:11 12:14
actionable 5:9 10:11
activities 10:23
acute 10:20
added 8:9
additional 9:23
adequately 8:11
administer 6:6
administration 5:23
advantage 7:10
ad-seg 9:7 11:1
aggravation 9:21
agreed 9:4
Agreement 4:7
al 1:9
albeit 7:21 8:3
allegations 4:11
allegedly 4:24
allowed 4:21
amount 9:7 11:15
ankle 9:21
apparently 6:25
appeared 4:19
applicable 4:11
applied 4:8
area 4:25
arrival 8:10
arrived 5:11
assault 7:11 9:23
assaulted 10:1
assaults 8:9 10:10
attention 5:20 6:21
attorney 12:10 12:12
ATTORNEYS 3:6,12
attribution 9:20

Audubon 1:24
award 11:14

**B**

B 8:7,10,13
back 5:12 6:17 7:4
backed 7:15
based 4:9
bathroom 5:21 6:10,19 8:4
Bayside 1:6
beat 9:4
beaten 4:24
beginning 4:14
behalf 9:10
belief 9:3
believe 8:12
BISSELL 1:20 4:1
bit 5:22 6:13
break 7:8
breaks 6:19
brought 8:8

**C**

C 3:2 12:1,1
call 6:10
Camden 2:10 3:5
case 4:12 11:12
cell 4:25 5:10 8:14
certain 5:16
certainly 5:25 8:16
Certificate 12:21
Certified 1:23 2:6 12:4
certify 12:5,9
change 4:16,19 7:21 9:6
charge 7:10,14 8:5,6,18 9:2
charges 4:10 8:24
chest 7:25
circumstances 8:3 11:2

Civil 1:2 4:3
claim 10:13
clothing 6:3
coerced 8:19
coercive 9:12
commencing 2:10
Commission 12:20
compensatory 10:12 11:6,15
complaint 4:2
complete 8:20
compliant 8:2
comtemplation 10:8
concluded 11:18
condition 9:21
conduct 5:9 6:15 7:2,24 9:10,11 9:12
connection 4:2 5:3,22 9:8 11:5
consciously 7:23
considerable 9:7 9:24
considered 9:25 10:18 11:11
constitutes 9:13
contest 8:18
contesting 9:2
continuing 10:23
control 5:7 6:6 8:4,20
conversations 6:20
conversion 11:3
corrections 7:25 8:1
counsel 12:10,12
course 7:3 8:23 9:5
court 1:1,23 2:7 2:9 8:8,15 9:12 10:1 11:14
credible 5:1 7:19 7:25 8:16
credit 9:8

cruel 9:15
cumulatively 9:25
custody 10:25
C.S.R 12:19

**D**

damages 10:12 10:14 11:6,11 11:15
date 4:24 12:8 12:21
deal 8:21
decided 6:13 8:1
decision 4:8 8:18
Defendants 1:10 3:12
defined 9:16
delayed 7:22
deminimis 11:10
depth 4:15
described 10:20
detention 8:7
different 7:18 11:2
dilemma 5:22
directions 5:16
directives 4:5
disciplinary 8:5
discomfort 5:8
discourage 6:14
discussed 10:16
discussion 9:20
discussions 7:22
disruptive 7:23
district 1:1,2 2:9 11:14
doing 8:19
dollars 11:16
drawing 5:20
drawn 8:6
duration 10:21

**E**

E 3:2,2 4:13,23 12:1,1
easily 6:11
efforts 6:20
egregious 10:13
eight 11:15

elbow 7:8,9,24
eligible 7:20
Ellis 7:23
emotional 11:12
employee 12:10 12:12
endeavor 7:7
enforce 6:18
ensued 11:3
enter 11:14
escorted 8:14
escorting 8:17
ESQUIRE 3:4,9 3:10
ESQUIRES 3:4
et 1:9
evacuated 4:23
evaporated 9:6
event 4:21 6:12
events 9:20
eventual 9:8
eventually 5:18
evidence 5:1 8:12 10:16,17
excessive 9:14 10:5
exchange 6:24
exerted 7:6
Expires 12:20
explored 4:15
extent 4:11 5:2
extraction 5:4 5:10

**F**

F 12:1
fact 4:17 5:6 7:20 8:12 10:9
facts 4:8
fall 7:8
false 8:24
farm 4:20
FAUVER 1:9
favor 11:16
fifty 8:2
figure 5:3
Finally 10:15
financially 12:13

**find** 5:1,8,18
   7:12,18 8:10
   8:16 9:10,18
   9:21 10:12,18
**finding** 8:23
**first** 5:11
**floor** 5:15 7:2
**focusing** 7:15
**force** 9:14 10:6
**foregoing** 12:5
**FORMAROLI**
   1:23
**forth** 4:9 12:8
**found** 10:7
**frankly** 7:12
   8:20
**free** 9:15
**Frontado** 7:12
**full** 4:22 7:10
   11:4
**fully** 9:16
**further** 10:2
   12:9
**Furthermore**
   11:7

**G**

**gain** 6:21
**generating** 7:9
**Gerry** 2:9
**given** 4:18
**go** 4:19,22 5:21
   8:4 11:17
**going** 6:14,16,22
   7:13 8:5
**GRIEGEL** 3:8
**guiding** 4:7
**guilty** 8:18,22
   9:4
**gym** 4:25 5:11
   5:12,16,24
   6:16,17 7:2,4
**gymnasium** 9:11

**H**

**H** 1:9
**HAMILTON**
   3:11
**hand** 5:19,25 6:5
**handcuffed** 7:5

**handed** 8:13
**hands** 6:16
**hardship** 6:1
**head** 10:3
**hearing** 8:24
   11:18
**hereinbefore**
   12:8
**HIGHWAY**
   3:10
**hit** 7:8
**HONORABLE**
   1:20
**Horse** 1:24
**hours** 6:7
**House** 2:9
**housed** 4:13
**housing** 8:13
**humiliation** 11:8
**hundred** 5:5
   6:10 8:2

**I**

**impact** 10:25
**important** 4:20
**imposed** 10:6
**incident** 11:8
**incidents** 5:13
**included** 6:23
**including** 6:25
   7:24
**inconvenienced**
   7:1
**incorporated**
   9:17
**indicate** 5:20
**indignity** 10:2
**individual** 6:1
   6:19
**inflict** 10:24
**inflicted** 5:9
   10:19
**initially** 10:20
**injuries** 9:19
   11:10
**injury** 10:19
**inmate** 5:15 7:15
**inmates** 6:7
**inquiries** 6:15

**inspection** 4:23
**instances** 10:7
**instructions**
   4:10 9:16
**intentionally**
   7:24
**interested** 12:13
**involved** 5:23
**issued** 4:4
**item** 10:15

**J**

**JAMES** 3:9
**Jason** 1:7 4:3,13
**Jersey** 1:2,24 2:8
   2:10 3:5,11
   12:5,20
**JOHN** 1:20
**JUDGE** 4:1
**juice** 10:3 11:8
**July** 4:14
**June** 1:15 12:21
**jury** 4:9,10 9:16

**K**

**KENNETH** 3:10
**knees** 7:5
**knowing** 9:1

**L**

**labeled** 10:3
**law** 4:7
**LAWRENCE**
   3:4
**lay** 9:22
**LAZZARO** 3:9
**lead** 8:5
**leading** 10:25
**learning** 8:17
**led** 5:7
**leg** 7:9
**legal** 10:8
**lengthy** 11:1
**Let's** 11:17
**level** 10:13
**license** 2:7
**light** 8:11 10:9
**LINDSAY** 3:4,4
**line** 8:8,16 9:13
   10:1

**Litigation** 1:6
**lockdown** 4:15
**loss** 9:7
**lot** 8:21
**LOUGHRY** 3:4
**LOZIER** 3:10

**M**

**Maldonado** 6:25
   7:7,8,9,16
**man** 8:2
**manageable**
   6:11
**MARKET** 3:5
**Master** 1:20 4:1
   4:6 10:17
**Master's** 4:6
**Mastroianni**
   1:23 2:6 12:3
   12:19
**matter** 1:5 2:6
   9:25
**measure** 11:5
**measurement**
   11:11
**Mejias** 4:10
**message** 6:19
**mildly** 6:15
**minimum** 4:22
   11:4
**MONDAY** 1:15
**move** 5:17

**N**

**N** 3:2
**nature** 9:24
   10:22
**near** 5:12
**necessarily** 7:15
**Needless** 4:20
**neither** 12:9,11
**New** 1:2,24 2:8
   2:10 3:5,11
   12:4,20
**Northern** 11:1
**Notary** 2:8 12:3
   12:20
**number** 2:7 4:3
   5:4

**O**

**O** 2:6 12:3,19
**observe** 7:13
**obviously** 9:1
**occasions** 5:19
**officer** 5:20 6:25
   7:16,25 8:24
**officers** 6:9,12
   6:21,24 8:1,13
   8:17 9:11
**OJ** 10:3
**once** 10:9
**opinion/report**
   4:4 10:16
**opportunity** 6:2
   7:10 9:6
**orange** 10:2 11:8
**order** 4:5 6:18

**P**

**P** 3:2,2
**pages** 4:15
**pain** 10:23
**particularly** 5:3
   8:11 11:9
**parties** 12:11
**PC** 3:8
**pending** 4:17
**percent** 8:2
**period** 11:1
**permanent** 9:19
   10:21
**persisted** 8:22
**person** 7:14
**Phillips** 1:7 4:3
   4:12,13 6:3,13
   7:2,20 8:4 9:1
   9:14,18 10:7
   10:10,19 11:16
**physical** 5:13
   10:10 11:9
**Pike** 1:24
**place** 12:8
**PLAINTIFFS**
   3:6
**Plaza** 2:9
**plea** 8:17,22
**plead** 9:4
**PM** 2:10

point 6:3,18 7:4
population 5:15
position 5:16 7:5
poured 10:3
presented 10:17
presents 6:8
pressed 5:6
pressures 7:6
principles 4:7
   10:8
Prison 1:6 11:1
prisoner 4:21
   6:1
prisoners 5:4
problem 6:9
proceedings 2:5
   4:2,17
process 8:6
prolonged 10:10
Public 2:8 12:3
   12:20
punishment
   9:15
punitive 10:14
purpose 5:19
pursuant 4:5
pushed 7:7
put 6:15

**Q**

question 7:16
quiet 5:17

**R**

R 3:2 12:1
raised 5:19
real 10:24
really 6:11 7:5
   7:13 8:3
recall 5:13 10:4
received 9:7
recommend
   11:13
record 11:17
recovery 10:11
reference 4:5
   9:17
refused 6:1
Regard 1:5
relative 12:10,12

release 9:9
reopens 4:2
repeated 10:11
report 11:13
Reporter 2:7
   12:4
Reporting 1:23
reports 7:17
represents 5:21
resist 7:6
restriction 10:23
result 7:22 9:5
   9:19 10:22
results 9:13
return 10:1
returned 6:8
reviewed 10:18
rights 9:15
rise 10:12
risk 8:23
ROSELLI 3:8
Rottweiler 5:12

**S**

S 3:2
sadistic 10:6
sanguine 9:3
scheduled 4:18
scratch 5:8
seated 5:11,15
Sergeant 7:12
serious 9:19
set 4:9 11:2 12:8
setting 4:22 6:7
Shorthand 12:4
shortly 5:14
significant 5:3
   10:22
situation 5:23
SOG 5:20 6:9,12
   6:21 8:14 9:11
SOGs 8:23
sort 6:24
South 1:24
Special 1:20 4:1
   4:6,6 10:17
specifically
   10:20
SQUARE 3:11

State 1:6 2:8
   3:10 11:1 12:4
   12:20
States 1:1 2:9
status 4:17,19
   7:21 9:6 10:25
   11:4
stenographica...
   12:7
store 9:2
story 7:18
STREET 3:5
strike 6:18
struck 7:3
subjected 10:2
substantial
   10:21
substantiated
   8:11 9:22
sudden 6:10
sufficiently 9:22
support 7:18
   10:13
sustain 9:19

**T**

T 12:1,1
taken 2:6 4:25
   5:14 8:7,15
   11:4 12:7
talks 8:9
testify 5:2
testimony 9:22
   12:6
Theresa 2:6 12:3
   12:19
think 11:4
thousand 11:15
threatened 8:20
three 5:19
throwing 7:24
time 5:14 8:7 9:8
   12:7
tolerated 6:22
transcript 2:5
   4:16 12:6
trouble 8:21
true 9:3 12:6
two 5:18

type 6:14
types 6:15

**U**

ultimate 9:13
underlie 4:8
understand 6:6
undertake 7:23
unit 4:13,20,23
   5:5 6:8 8:7,10
   8:13
United 1:1 2:9
unnecessary
   10:6
unsubstantiated
   8:25
unusual 9:15
upset 6:13 7:1
urinate 6:2
use 9:13

**V**

variety 11:12
verbal 6:23
Videoconfere...
   1:23
violation 9:14
vs 1:8

**W**

W 1:20 3:4,10
Walker 4:10
wall 5:6
want 6:16 8:21
   8:23
wasn't 8:2
way 8:14 9:12
week 4:18
we've 9:17
White 1:24
WILLIAM 1:9
wouldn't 7:14

**X**

XIO857 12:21

**Y**

yesterday's 4:16

**0**

08-2924 1:2 4:3
08102 2:10 3:5
08106 1:24
08690 3:11

**1**

125 6:6
13 4:15
1337 3:10
16 1:15 4:16
17 12:21
1997 4:14

**2**

2008 1:15 12:21
2010 12:20
25 5:5
251 1:24

**3**

3:23 2:10
30X100085700
   2:7
31st 4:14
33 3:10
330 3:5
332 7:17
333 7:17
334 7:17

**5**

5 12:20

**6**

609-586-2257
   3:11

**8**

856-546-1100
   1:25
856-968-9201
   3:6